IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ASHTON E. BRUMBERLOW,
Plaintiff,

v.

Case No. 19–CV–01121–JPG

CBE GROUP, INC.,
Defendant.

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint against Defendant

CBE Group, Inc. is **DISMISSED WITHOUT PREJUDICE**. Plaintiff Ashton E. Brumberlow

has 60 days to reinstate this action. If he fails to do so, then dismissal of the Complaint will become

**WITH PREJUDICE**.


**Dated: December 2, 2020**                    **MARGARET M. ROBERTIE**
                                               **CLERK OF COURT**

                                               **s/Tina Gray, Deputy Clerk**


**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**